# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1652
Lower Tribunal No. 2020-CF-003402

_____

LUBENS FLEURIMA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Tom Young, Judge.

November 22, 2023

PER CURIAM.

AFFIRMED. *See State v. Dortch*, 317 So. 3d 1074, 1084 (Fla. 2021) (holding that fundamental error is not exception to preservation requirement of Florida Rule of Appellate Procedure 9.140(b)(2)(A)(ii)c., when defendant has entered voluntary plea).[1]

TRAVER, C.J., and WOZNIAK and BROWNLEE, JJ., concur.

_____

[1] This case was transferred from the Fifth District Court of Appeal to this Court on January 1, 2023.

Howard L. "Rex" Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED